## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Julius C. Aguila, | ) |
|         Plaintiff, | ) Case No.: 2:15-cv-0932-GMN-NJK |
| vs. | ) |
| | ) **ORDER** |
| Carolyn W. Colvin, | ) |
|         Defendant. | ) |

      Pending before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Nancy Koppe, (ECF No. 21), which states that Plaintiff Julius Aguila's Motion to Remand, (ECF No. 17), should be denied, and Defendant Carolyn Colvin's Cross Motion to Affirm, (ECF No. 18), should be granted.

      A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a de novo determination of those portions of the Report to which objections are made. *Id*. The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b).

      No objections to Judge Koppe's R&R were filed, and the deadline to object has now expired. Accordingly, the Court finds good cause to accept and adopt the findings of Judge Koppe.

///

///

///

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 21), is **ADOPTED in its entirety.**

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Remand, (ECF No. 17), is **DENIED** and Defendant's Cross Motion to Affirm, (ECF No. 18), is **GRANTED**.  The Clerk shall enter judgment accordingly and close the case.

**DATED** this  12  day of April, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Court